**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

March 9, 2010

**LETTER ORDER**

Re:   **Violeta Cruz v. Hartz Mountain Corporation, et al.**
      **Civil Action No. 10-441 (SDW)**

Dear Counsel:

A telephone status conference will be held on **March 17, 2010 at 10:30 a.m.**  Counsel for the Defendants shall initiate the call. Please mark your calendars accordingly and should you have any questions please call (973) 297-4887.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.M.J**