# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 PLAZA WEST-ONE · SADDLE BROOK, N.J. 07663 · 201-845-9600 · TELECOPIER 201-845-9423

General E-mail : clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

May 4, 2010

<u>VIA ELECTRONIC FILING</u>
Hon. William J. Martini
MLK Jr., Fed. Building & Cthse.
Court Room 4D
50 Walnut Street
Newark, NJ 07102

        RE: Cruz v. Hartz Mountain Corp. et al.
            Civil Action No. 10-441(SDW)
        RE: Vexler v. Summit VetPharm et al.
            Civil Action No. 10-440(WJM)
        RE: McDonough v. Bayer Health Care Assoc
            Civil Action No. 10-442(DRD)
        Our File: 37,993-(1 - 3)

Dear Judge Martini:

This firm represents the plaintiffs in connection with the above-referenced matters. At present, motions to dismiss in each of the above matters are scheduled to be heard before Your Honor on May 17, 2010.

This letter is to request a once-cycle adjournment of each of the motions to dismiss rescheduling them to June 7, 2010. My adversaries consent to these adjournment requests.

Thank you for your cooperation and courtesies.

                                Respectfully submitted,

                                Jeffrey W. Herrmann

JWH:bb

Cc: Kelly A. Waters, Esq. - Via Electronic Mail
    Geoffrey W. Castello, III, Esq. - Via Electronic Mail
    Michael S. Green, Esq. - Via Electronic Mail
    Gary S. Graifman, Esq. - Via Electronic Mail
    Paul Diamond, Esq. - Via Electronic Mail