UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------- x
VIOLETTA CRUZ, individually and on
and on behalf of all others similarly
situated,
        Plaintiff,

vs.

THE HARTZ MOUNTAIN
CORPORATION and SUMITOMO
CORPORATION OF AMERICA,

        Defendants.
------------------------------- x

Civil Action No. 2:10-cv-00441 (WJM)(MF)

**VOLUNTARY DISMISSAL OF**
**ACTION WITHOUT PREJUDICE**

      WHEREAS, the above action has been filed in United States District Court, District of New Jersey; and

      WHEREAS, the Plaintiff's claims have now been asserted in a consolidated amended complaint in a related action,

      NOW, THEREFORE, plaintiff through her counsel below referenced, hereby voluntarily dismisses the within action without prejudice pursuant to Fed.R.Civ.Proc. Rule 41(a) (1).

Dated: September 17, 2010

                                  Respectfully submitted,

                                  Gary S. Graifman
                                  KANTROWITZ, GOLDHAMER &
                                  GRAIFMAN
                                  210 Summit Avenue
                                  Montvale, New Jersey 07645
                                  Tel: (201) 391-7000

Michael S. Green, Esq.
Green & Pagano, LLP
522 Route 18
P.O. Box 428
East Brunswick, NJ 08816

Paul Diamond Ph.D.
J.D. Diamond Law Office, LLC
1605 John Street, Suite 102
Fort Lee, NJ 07024

Jeffrey W. Herrmann, Esq.
Cohn Lifland Pearlman
Herrmann & Knopf
Park 80 Plaza West - One
Saddle Brook, NJ 07663

*Attorneys for Plaintiffs*